NUMBER 13-05-671-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_________________________________________________________


PAUL J. CORMIER, ET AL., Appellants,


v.



ENTERGY GULF STATES, INC., Appellees.

_______________________________________________________ 


On appeal from the 163rd District Court 


of Orange County, Texas.


_________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Garza and Benavides


Memorandum Opinion Per Curiam




 Appellants, PAUL J. CORMIER, ET AL., perfected an appeal from a judgment
entered by the 163rd District Court of Orange County, Texas, in cause number B-040446-C. After the record and briefs were filed, the parties filed a joint motion to
remand by agreement. In the motion, the parties request that this Court set aside the
trial court's judgment without regard to the merits and remand the case to the trial
court for rendition of judgment in accordance with the settlement agreement between
the parties.

 The Court, having examined and fully considered the documents on file and the
parties' joint motion, is of the opinion that the motion should be granted. The joint
motion to remand by agreement is granted. The judgment of the trial court is hereby
REVERSED, and the cause is REMANDED to the trial court for rendition of judgment
in accordance with the settlement agreement between the parties.

 PER CURIAM

Memorandum Opinion delivered and filed this

the 25th day of January, 2007.